

U.S. Department of Justice

United States Attorney
Southern District of New York

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/23/10

**MEMO ENDORSED**

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

November 9, 2010

By Fax
The Honorable Kimba Wood
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

Re: United States v. James Murray
S1 06 Cr. 443 (KMW)

Dear Judge Wood:

We respectfully write to request that (i) a presentence report be ordered for defendant James Murray, and (ii) that a firm sentencing date be scheduled for Mr. Murray sometime in April 2011.   ] GRANTED KMW

We note that the Court had scheduled a sentencing control date for November 16, 2010, at 11:00.

Sentence is scheduled for
April 7, 2011, at 11:00 a.m.

Respectfully submitted,

PREET BHARARA
Acting United States Attorney

By: _____
LISA R. ZORNBERG
Assistant United States Attorney
(212) 637-2720

*The presentence report shall be sent by Probation to the Court by March 28, 2010.*

cc: Joshua L. Dratel, Esq.
    Attorney for James Murray

SO ORDERED: 11-10-10

_____
KIMBA M. WOOD
U. S. D. J.