USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/8/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,               :
                                        :
           - v.-                        :
                                        :           S2 06 Cr. 443 (KMW)
                                        :
JAMES MURRAY,                           :
                                        :
                    Defendant.          :
------------------------------------------------------------x

## RESTITUTION ORDER

It is hereby ORDERED that:

1.  As a result of his conviction on Count Six of the above-referenced Information, defendant James Murray is adjudged liable for restitution, in the amount of $5,689,664, payable to the Internal Revenue Service. The address for payment is:

    IRS-RACS
    Attention: Mailstop 6261, Restitution
    333 West Pershing Avenue
    Kansas City, MO 64108

2.  The United States Attorney's Office has advised the Court the defendant has already forfeited substantial monies to the Government, and that the United States Attorney's Office intends to request that the Department of Justice invoke its Restoration Policy and transfer those forfeited assets to the Clerk of the Court to be applied to satisfy restitution. If that request is granted, the United States Attorney's Office believes that the forfeited funds will likely be sufficient to satisfy the restitution order in its entirety. In the event that request is denied or the forfeited funds applied toward restitution are insufficient to satisfy the restitution order in full,

the defendant shall be required to pay 15% of gross monthly income toward the restitution amount until it is satisfied in full.

So Ordered:

*/s/ Kimba M. Wood*
Hon. Kimba M. Wood

Dated: April 7, 2011