USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/26/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA            :    ORDER

            -v.-                    :    S2 06 Cr. 443 (KMW)

JAMES MURRAY,                       :

            Defendant.              :

- - - - - - - - - - - - - - - - - -x

     WHEREAS, upon the application of the parties, the courtroom was ordered to be sealed and docket entries suspended for (i) the presentment and arraignment of defendant James Murray on May 19, 2008; and (ii) the defendant's guilty plea on January 13, 2009;

     WHEREAS, Court finds that those matters should now be unsealed;

     IT IS HEREBY ORDERED that the above-referenced court proceedings are hereby unsealed and shall be publicly docketed, <u>except</u> that the Government's written, sealed submissions dated May 16, 2008, and January 12, 2009, shall remain under seal. In addition, certain portions of the January 13, 2009 transcript of Mr. Murray's guilty plea (specifically, page 2, lines 20-25, and page 3, line 1-14, 18-22) have been redacted because they reflect information contained within those government submissions.

Dated:    New York, New York
          July 21, 2011

SO ORDERED:

_____
HON. KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE